October 2, 2024

*Via ECF*
Hon. Cheryl L. Pollak
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201


**Re:**     Fernandez v. The City of New York, et al.,
          24-CV-5120-PKC-CLP


Dear Judge Pollak:

I am the attorney for Plaintiff Peter Fernandez.  I write in response to the Court's order of August 30, 2024 requesting a status report. I apologize for this being a few days late.

I have been unable to ascertain the identification of the police officer that discharged a Taser in this case. I have asked corporation counsel to assist me in obtaining this information in lieu of subpoenaing the same. I made this request via email on September 10, 2024 and again on September 17, 2024. I have not yet received the information.

If this information is not forthcoming by the end of the week, I will have a subpoena served on the precinct.


Respectfully submitted,

Scott G. Cerbin


Cc:     Zachary Kalmbach, Esq.
        Via ECF